IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CR 21-4046 |
| vs. | ) | |
| RANDALL NICHOLS, | ) | |
| Defendant. | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S SENTENCING MEMORANDUM**

COMES NOW the United States and respectfully submits its Response to Defendant's Sentencing Memorandum.

Defendant is correct that there is a contested issue as to his eligibility for the "safety valve" provision, and is further correct that the burden of proving, by a preponderance of the evidence, rests upon defendant. (D. Sent. Memo p. 4). The United States does not believe defendant has been truthful in his statement to law enforcement, and further does not believe that defendant qualifies for the "safety valve" provision. The United States may call one witness, DNE Agent John Howard on this contested issue.

Respectfully submitted,

TIMOTHY T. DUAX
Acting United States Attorney

By: */s/ John Lammers*

JACK LAMMERS
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101
(712) 255-6011
(712) 252-2034 - fax
Jack.Lammers@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2022 I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ Michelle Miller